UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

JUN 18 2019

David J. Bradley, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. L-19-743 |
| | § | |
| CHRISTIAN IVAN HERNANDEZ | § | |

DS

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about May 23, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**CHRISTIAN IVAN HERNANDEZ,**

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

### COUNT TWO

On or about May 23, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**CHRISTIAN IVAN HERNANDEZ,**

knowing and in reckless disregard of the fact that JUAN JOSE GARCIA-GARCIA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and

move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

**ORIGINAL SIGNATURE ON FILE**

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

José Angel Moreno
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

CRIMINAL DOCKET NO. **L-19-743**

<u>LAREDO</u> DIVISION

FILE: 19-18089   MAG#: 19-00910
<u>INDICTMENT</u>   Filed: June 18, 2019

Judge:_____

ATTORNEYS:

UNITED STATES OF AMERICA

RYAN K. PATRICK, USA
VS.
JOSÉ ANGEL MORENO, AUSA

**CHRISTIAN IVAN HERNANDEZ**

**CHARGE:**
Ct.1:   Conspiracy to transport undocumented aliens within the United States
              [8 USC 1324 (a)(1)(A)(ii) and (v)(I)]
Ct. 2:  Transport and Attempt to transport undocumented aliens for financial gain
              [8 USC 1324(a)(1)(A)(ii) and (v)(II)]

**TOTAL COUNTS: 2**

**PENALTY:**
Cts.1 to 2:   Not more than 10 Years and/or $250,000.00, $100 Special Assessment,
              $5,000 Special Assessment, Not More Than 3 Years Term of Supervised Release
              [Each Count]

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: